**Opinion issued November 19, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00572-CV

————————————

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND DONALD JAMES WILKINS, Appellants/Cross-Appellees**

**V.**

**PREDISTELL ROBINSON AND MAENETTA ROBINSON,**
Appellees/Cross-Appellants

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-41593**

---

## MEMORANDUM OPINION

Appellants/Cross-Appellees, Progressive County Mutual Insurance Company and Donald James Wilkins, have filed an unopposed motion to dismiss this appeal, stating the parties have settled. Appellees/Cross-Appellants, Predistell

Robinson and Maenetta Robinson have also filed an unopposed motion to dismiss their cross-appeal because the parties have settled. Appellants and Cross-Appellants move for entry of an opinion dismissing their appeals to effectuate their settlement agreement. *See* TEX. R. APP. P. 42.1(a). No opinion has issued.

Accordingly, we grant the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.